JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ACEVES PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORP., DOES 1 and DOES 2-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1421-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 24, 2008

                                          VIRGINIA A. PHILLIPS
                                  United States District Judge